IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JOSH LIMAS | ) | |
| | ) | |
| VS. | ) | C.A. NO. 5:20-cv-00173 |
| | ) | |
| MOLINA'S COUNTRY STORE, INC. | ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
### PURSUANT TO FRCP 41(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, JOSH LIMAS Plaintiff and MOLINA'S COUNTRY STORE, INC., Defendant have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), requests dismissal of all claims against Defendant in their entirety and with prejudice.

### STIPULATION

It is stipulated by and between the parties hereto that this action be dismissed with prejudice as to all parties and as to all causes of action with each party to bear their own attorney's fees and costs.

DATED:   February 9, 2021        FOR JOSH LIMAS  , Plaintiff

BY:   _/S/   R. Bruce Tharpe_
R. Bruce Tharpe
PO Box 101
Olmito, Texas 78575
(956) 255-5111 - Office
(866) 599-2596 - Fax
Texas State Bar ID No. 19823800
Federal Bar ID 13098

DATED:	February 9, 2021	FOR MOLINA'S COUNTRY STORE, INC..,

Defendant

BY:	*/S/   Carl M. Barto*
Carl M. Barto
LAW OFFICE OF CARL M. BARTO
817 Guadalupe
Laredo, Texas 78040
(956) 725-7500 – Office
(956) 722-6759 - Fax