United States District Court
Southern District of Texas
**ENTERED**
February 12, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| JOSH LIMAS, § § Plaintiff, § VS. § MOLINAS COUNTRY STORE, INC., § § Defendant. § | CIVIL ACTION NO. 5:20-CV-173 |

# ADVISORY

The parties have filed a Joint Stipulation of Dismissal (Dkt. No. 11). Parties in a civil suit may generally dismiss the suit without a court order upon the filing of a stipulation of dismissal "signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). This general rule is subject to limitations in class action suits, shareholder derivative suits, and suits where the Court has appointed a receiver. Fed. R. Civ. P. 41(a). None of those limitations apply here. Thus, because the Stipulation is signed by all parties who have appeared in this case, all claims and causes of action were dismissed with prejudice "effective upon [the] filing" of the Stipulation of Dismissal. *SmallBizPros, Inc. v. MacDonald*, 618 F.3d 458, 463 (5th Cir. 2010). The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SIGNED** February 12, 2021.

Marina Garcia Marmolejo
United States District Judge